438 A.2d 631

Com. To Use Of Steiner v. Rosato, et al.

Appeal of John W. Steiner, Jr.

■ Argued November 11, 1980. Allen N. Brunwasser, for appellant; Norma M. Caquatto, for appellees.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.